UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL OUTDOOR, INC.,

       Plaintiff,

v.

CITY OF DEARBORN HEIGHTS,

       Defendant.

Case No: 25-cv-12800

Hon. Susan K. DeClercq

---

**STIPULATED ORDER EXTENDING TIME
FOR DEFENDANT DEARBORN HEIGHTS TO FILE ITS ANSWER**

The parties, by their respective counsel, hereby stipulate and agree to an Order Extending Time for Defendant Dearborn Heights to file its Answer to the Complaint As a courtesy, Plaintiff's counsel agreed an extension of time to October 21, 2025.

Accordingly, Defendant Dearborn Heights must file its Answer to Plaintiff's Complaint on or before **October 21, 2025**.

*This is not a final Order and does not resolve this case.*

    **IT IS HEREBY ORDERED.**

                                         */s/ Susan K. DeClercq*
                                         SUSAN K. DeCLERCQ
                                         United States District Judge

Dated: October 7, 2025

Stipulated & Agreed by:

| | |
|---|---|
| /s/ *Benjamin S. Herrick* (w/consent) | /s/*Melanie M. Hesano* |
| Benjamin S. Herrick (P66112) | Melanie Hesano (P82519) |
| Attorney for Plaintiff | Matthew J. Zalewski (P72207) |
| 28423 Orchard Lake Road | Attorney for Defendant Dearborn Heights |
| Farmington Hills, MI 48334 | 27555 Executive Drive, Suite 250 |
| Legal2@iobillboard.com | Farmington Hills, MI 48331 |
| (248) 489-8989 | (248) 489-4100 / Fax: (248) 489-1726 |
| | |
| | ROSATI SCHULTZ JOPPICH  & AMTSBUECHLER, PC |